UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERNESTO GARCIA, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

2390 C LLC AND DENALI MANAGEMENT INC.,

Defendants.

---

23 CIVIL 1129 (NSR)

## **JUDGMENT**

 

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated May 27, 2026, the Court GRANTS Defendants' motion to dismiss and dismisses Plaintiff's FLSA and NYLL claims. After five opportunities to cure the deficiencies in the complaint, the Court finds that further amendment would be futile, and Plaintiff's FLSA claims are dismissed with prejudice. See Sodhi v. Mercedes Benz Fin. Servs., USA, LLC, 957 F. Supp. 2d 252, 255 (E.D.N.Y. 2013) ("[I]t is well established that leave to amend a complaint need not be granted when amendment would be futile.") (citing Ellis v. Chao, 336 F.3d 114, 127 (2d Cir. 2003)). Plaintiff's NYLL claims are dismissed without prejudice for Plaintiff to pursue in state court if he wishes; accordingly, the case is closed.

**Dated:**   New York, New York

May 27, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**